**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUYEN MAI, TRI NGO,<br>Plaintiffs,<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA; LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1-10,<br>Defendants. | Case No. 5:25-cv-09427-SVK<br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION STRIKING CERTAIN ALLEGATIONS OF PLAINTIFFS' AMENDED AND SUPPLEMENTAL COMPLAINT** |

The Court is in receipt of the stipulation ("the Stipulation") filed by Plaintiffs Quyen Mai and Tri Ngo (collectively, "Plaintiffs") and defendants Safeco Insurance Company of America ("Safeco") and Liberty Mutual Insurance Company ("Liberty") (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to as "the Parties"). Pursuant to the Parties' Stipulation, it is hereby ordered that the following allegations of Plaintiffs' Amended and Supplemental Complaint (Dkt. 34) are hereby stricken as though they are absent from the pleading:

- The portion of Paragraph 1 reading: "the above-named defendants and their underwriting company[.]"
- The portion of Paragraph 4 reading: "was the agent, servant, employee, partner and/or joint venturer of the other defendants herein; that at all said times, each of said defendants was acting within the course and scope of said agency, service, employment, partnership and joint venture, with the approval, knowledge, authority, and /or consent of the remaining defendants."

- The portion of Paragraph 5 reading: "and was in fact[.]"
- The entirety of Paragraph 16.
- The entirety of Paragraph 17.
- The portions of Paragraph 18 reading: "counsel for the MAI plaintiffs' informed SAFECO Claims Specialist, *Christopher Scyphers,* that the Public Adjuster, the Martin Group, had requested a contractor's estimate in compliance with **CA Code Reg. Tit. 10, § 2695.9 multiple** times both in writing and verbally from SAFECO's Claim Estimator Adjuster, *Samuel Gregory,* and that" and "had refused to provide this contractor's estimate, and[.]"
- The entirety of Paragraph 19.
- The entirety of Paragraph 20.
- The portion of Paragraph 32.A. reading "Liberty Mutual/[.]"
- The portion of Paragraph 32.B. reading "Liberty Mutual/[.]"
- The portion of Paragraph 32.C. reading "Liberty Mutual/[.]"
- The portion of Paragraph 36 reading: "defendants, Liberty Mutual/[.]"
- The portion of Paragraph 37 reading "Liberty Mutual/[.]"
- The entirety of Paragraph 38.(a).

**IT IS SO ORDERED.**

Dated: October 26, 2026

Susan van Keulen

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE